LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax:         (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Gigi Centeno, Torey Defauw, Ekaterina Putnam, and*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE PASHAL, individually, and as natural parent and guardian of minor A.T.; and LYSE THOMPSON, individually, <br><br> Plaintiffs, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a municipal corporation; OFFICER E. PUTNAM, individually and in her official capacity; OFFICER G. CENTENO, individually and in her official capacity as a police officer; OFFICER T. DEFAUW, individually and in his official capacity as a police officer; DOE OFFICER 1, individually and in his official capacity as a police officer; MARIA RAMIREZ, individually; HIGHLAND ENTERPRISES, INC., a Nevada corporation; GLENCOE MANAGEMENT, INC., a Nevada corporation; DOE OFFICERS 2 through 5; DOE INDIVIDUALS 6 through 10; ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No.    2:24-cv-01786-JAD-DJA <br><br> **STIPULATION AND ORDER TO REMAND** <br><br> ECF Nos. 4, 5, 10 |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Gigi Centeno, Torey

Defauw, and Ekaterina Putnam (collectively "LVMPD Defendants"), Plaintiffs Nicole Pashal,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3834368_1.docx  6943.288

Page 1 of 3

A.T., and Lyse Thompson, and Defendants Maria Ramirez, Highland Enterprises, Inc., and Glencoe Management, Inc., stipulate and agree to remand this lawsuit to the Eighth Judicial District Court for the District of Nevada for the reasons stated below:

1. Plaintiffs initially filed this lawsuit in the Eighth Judicial District Court of Clark County, State of Nevada, through the Complaint on August 7, 2024, under Case No. A-24-899236-C.

2. On September 30, 2024, LVMPD Defendants removed the lawsuit to this federal Court, joined by all defendants.

3. On October 8, 2024, Plaintiffs' counsel notified LVMPD Defendants' counsel by written letter that Plaintiffs are disclaiming any federal causes of action and, for that reason, believe remand to Eighth Judicial District Court for the District of Nevada should occur.

4. On October 10, 2024, the parties' counsel met telephonically, and Plaintiffs' counsel agreed to file an Amended Complaint that adds "arising under the Nevada Constitution only" to the caption of the second cause of action, and that no federal legal theories will be brought in the Amended Complaint.

5. Based on Plaintiffs' counsel's statements, the parties agree that this action should be remanded to where it was originally filed: the Eighth Judicial District Court of Clark County, State of Nevada.

6. Because remand should occur, the hearing set for November 13, 2024, can be vacated and all pending motions on the federal court's docket, (ECF Nos. 4, 5), denied as moot

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3834368_1.docx   6943.288

Page 2 of 3

without implication to the merits of any arguments raised in the motions.

DATED this 10th day of October, 2024.

By: /s/ Fikisha Miller
Marjorie L. Hauf
Matthew G. Pfau
Fikisha Miller
H&P LAW
710 S. 9th Street
Las Vegas, Nevada 89101
fmiller@courtroomproven.com
mpfau@courtroomproven.com
e-file@courtroomproven.com
efile@courtroomproven.com
*Attorneys for Plaintiff*

By: /s/ Martin Melendrez
Martin I. Melendrez
Naomi Gregoryan
HAWKINS MELENDREZ
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
mmelendrez@hawkinsmelendrez.com
ngregoryan@hawkinsmelendrez.com

*Attorneys for Defendants Maria Ramirez, Glencoe Management, Inc., and Highland Enterprises, Inc.*

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants Gigi Centeno, Torey Defauw, Ekaterina Putnam, and  Las Vegas Metropolitan Police Department*

## ORDER

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED that **THIS CASE IS REMANDED** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-24-899236-C, Department 17.  All pending motions **[ECF Nos. 4, 5] are DENIED as moot** and without prejudice to their refiling in state court, and the hearing scheduled on those motions for November 13, 2024, is VACATED.  So this case returns to state court with no motions pending.  The Clerk of Court is directed to **SEND** this case back to state court with a copy of the docket sheet for the state court's reference and then **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 11, 2024

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3834368_1.docx  6943.288

Page 3 of 3